UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, *et al*., | ) ) | |
| Plaintiff, | ) ) | 2:10-cv-1859-ECR-RJJ |
| vs. | ) ) | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY | ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on Defendant's Emergency Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Disqualify Plaintiffs' Counsel (#10).

The Court having reviewed the Emergency Motion to Stay (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Emergency Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Disqualify Plaintiffs' Counsel (#10) is GRANTED. This matter is stayed pending a ruling by the court on the Motion to Disqualify (#9).

DATED this __7th__ day of April 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge