# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:10-cv-01859-ECR-RJJ<br><br>**ORDER RE MOTION TO SEAL EXHIBITS** |

Pursuant to Plaintiffs' Motion to Seal Exhibits, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs North American Specialty Insurance Company and North American Capacity Insurance Company may to file Attachments 1-3 to its Response to Defendant National Fire & Marine's Motion to Disqualify Plaintiffs' Counsel under seal.

DATED this <u>19th</u> day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE