UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:10-cv-01859-ECR-RJJ<br><br>MINUTES OF THE COURT<br><br>Date: October 19, 2011 |

PRESENT:    EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

　　　Plaintiffs have filed a notice of withdrawal (#36) of plaintiffs' objection to order granting motion to disqualify (#28). Counsel have stipulated to substitution of new counsel (#34).

　　　IT IS THEREFORE ORDERED that the notice of withdrawal is approved by the Court and Plaintiffs' objection (#36) is moot.

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By   /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk