UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Defendant, | 2:10-cv-1859-ECR-RJJ<br><br>O R D E R |

　　　　IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 16, 2012.

　　　　IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall advise the court of the outcome of the mediation currently scheduled for March 14, 2012.

　　　　DATED this   10th   day of December, 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge