Laleaque Grad, Esq.
Nevada Bar No.: 8475
THE GRAD LAW FIRM
8275 South Eastern Avenue
Suite 200-352
Las Vegas, NV  89123
Telephone:  (702) 990-8387
Facsimile:   (702) 990-8681
Email:  lgrad@gradlawfirm.com

*Attorney for Plaintiffs*
North American Specialty Insurance Company and
North American Capacity Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | Docket No. 2:10-CV-01859-GMN-NJK<br><br>**STIPULATION RE: DISMISSAL**<br><br>**AND ORDER** |

**STIPULATION REGARDING DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs North American Specialty Insurance Company and North American Capacity Insurance Company (jointly, "North American"), and Defendant National Fire & Marine Insurance Company ("National Fire") (collectively, the "Parties"), by and through their respective counsel, The Grad Law Firm and Bailey Kennedy, hereby stipulate and agree as follows:

1. The Parties made and entered into a Release, dated May 24, 2013, which is fully executed.

Page **1**

1  2. In accordance with the terms of the Release, the Parties hereby jointly request that this Court order the above-referenced action dismissed, with prejudice, in its entirety, except that this Court shall retain jurisdiction over the above-referenced action and all of the Parties therein for the sole purpose of administering the completion of the Parties' settlement as provided in the Release.

3. All Parties shall bear their own costs and attorneys' fees.

DATED this 18th day of June, 2013.

| | |
|---|---|
| BAILEY❖KENNEDY | The Grad Law Firm |
| By: /s/ Sarah Harmon<br>JOSHUA M. DICKEY<br>SARAH E. HARMON<br>KELLY B. STOUT<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant*<br>NATIONAL FIRE & MARINE<br>INSURANCE COMPANY | By: /s/ Laleaque Grad<br>Laleaque Grad, Esq.<br>8275 S. Eastern Ave., Suite 200-352<br>Las Vegas, Nevada 89123<br><br>*Attorney for Plaintiffs*<br>North American Specialty Insurance<br>Company, and North American<br>Capacity Insurance Company |

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge