1  Laleaque Grad, Esq.
   Nevada Bar No.: 8475
2  THE GRAD LAW FIRM
   8275 South Eastern Avenue
3  Suite 200-352
   Las Vegas, NV  89123
4  Telephone:  (702) 990-8387
   Facsimile:  (702) 990-8681
5  Email:  lgrad@gradlawfirm.com
6
   *Attorney for Plaintiffs*
7  North American Specialty Insurance Company and
   North American Capacity Insurance Company
8

9                      UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
10

11 NORTH AMERICAN SPECIALTY INSURANCE      )   Docket No. 2:10-CV-01859-GMN-NJK
   COMPANY and NORTH AMERICAN CAPACITY     )
   INSURANCE COMPANY,                      )
12                                         )
                        Plaintiffs,        )   **STIPULATION RE: DISMISSAL**
13                                         )
                                           )   **AND ORDER**
              vs.                          )
14                                         )
   NATIONAL FIRE & MARINE INSURANCE        )
15 COMPANY,                                )
                                           )
16                      Defendant.         )
                                           )
17 _____ )

18               STIPULATION REGARDING DISMISSAL

19       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs North American

20 Specialty Insurance Company and North American Capacity Insurance Company (jointly,

21 "North American"), and Defendant National Fire & Marine Insurance Company ("National

22 Fire") (collectively, the "Parties"), by and through their respective counsel, The Grad Law Firm

23 and Bailey Kennedy, hereby stipulate and agree as follows:

24       1.     The Parties made and entered into a Release, dated May 24, 2013, which is fully

25 executed.

                                    Page **1**

2.      In accordance with the terms of the Release, the Parties hereby jointly request that this Court order the above-referenced action dismissed, with prejudice, in its entirety, except that this Court shall retain jurisdiction over the above-referenced action and all of the Parties therein for the sole purpose of administering the completion of the Parties' settlement as provided in the Release.

3.      All Parties shall bear their own costs and attorneys' fees.

DATED this 18th day of June, 2013.

BAILEY❖KENNEDY

By: /s/ Sarah Harmon
    JOSHUA M. DICKEY
    SARAH E. HARMON
    KELLY B. STOUT
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148

*Attorneys for Defendant*
NATIONAL FIRE & MARINE
INSURANCE COMPANY

The Grad Law Firm

By: /s/ Laleaque Grad
    Laleaque Grad, Esq.
    8275 S. Eastern Ave., Suite 200-352
    Las Vegas, Nevada 89123

*Attorney for Plaintiffs*
North American Specialty Insurance
Company, and North American
Capacity Insurance Company

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge